UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REX DICKEY,<br><br>       Petitioner,<br><br>   vs.<br><br>A. K. SCRIBNER,<br><br>       Respondent.<br>_____/ | 1:06-cv-00695 AWI TAG  (HC)<br><br>ORDER GRANTING MOTION FOR EXTENSION OF TIME TO FILE TRAVERSE<br><br>(Doc. 17) |

On March 13, 2008, Petitioner filed a motion for a 30-day extension of time to file a traverse. (Doc. 17). The Court has considered Petitioner's motion, finds that good cause exists to grant it, and makes the following order:

    1. Petitioner's motion for an extension of time to file a traverse is GRANTED;

    2. Petitioner shall have to and including April 14, 2008 to file a traverse; and

    3. No further extensions of time will be granted absent extraordinary circumstances.

Petitioner is advised that failure to comply with this order may result in an order dismissing the petition for writ of habeas corpus.

IT IS SO ORDERED.

Dated: __**March 14, 2008**__                           /s/ Theresa A. Goldner
                                                                                         UNITED STATES MAGISTRATE JUDGE